ADOLFO B. GARBER (CSB No. 117817)
abgarber@sbcglobal.net
3580 Wilshire Blvd., Suite 1780
Los Angeles, CA 90010
Telephone No. (213) 383-1131
Fax No. (213) 383-1139

Attorney for Defendant,
Edgar Velázquez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>    Plaintiff,<br><br>vs.<br><br>Edgar Velasquez; and Does 1-10,<br><br>    Defendants. | Case No. 2:18-cv-06201-R (AFMx)<br><br>**DEFENDANT'S NOTICE OF MOTION; MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT FOR MOOTNESS OF SOLE FEDERAL CLAIM, AND/OR TO DISMISS COMPLAINT; SEPARATE STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW; POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF GABRIEL ARGUETA; EDGAR VELASQUEZ; AND ADOLFO B. GARBER, ESQ. (Local Rule 7-3); APPENDIX; PROPOSED JUDGMENT & ORDERS LODGED SEPARATELY**<br><br>Hearing Date: February 19, 2019<br>Time: 10; 00 a.m.<br>Room: 880<br><br>HON. MANUEL L. REAL |

TO: PLAINTIFF, DANIEL LOPEZ, AND TO HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 19, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 255 E. Temple Street St. Los Angeles, California 90012, in courtroom 880 before the HONORABLE MANUEL L. REAL, Defendant, EDGAR Velasquez, will pursuant to

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

- i -

Federal Rule of Civil Procedure 56 (a) & (g), moves for an order granting summary judgment and/or partial summary judgment in favor of the defendant, on the ground that the sole federal question claim (i.e., First Cause of Action) for alleged discrimination claimed by the plaintiff pursuant to Title III of the American with Disabilities act of (1990) (ADA) (42 U.S.C. sections 12181 et seq.) is now moot in light of the fact that alleged construction accessibility barriers at the defendant's property (i.e., lack of accessible parking for the disabled , see Complaint at p. 3, lines 5 & 6), pavement slopes exceeding 2% (id., lines 18 & 19) and the coin slots for machines were allegedly too high (id. ,lines 27 and 28, and p. 4, line 1) have already been corrected as confirmed by inspection and Declaration of Gabriel Argueta, a Certified Access Specialist. (See Declaration of Gabriel Argueta at p. 2, lines 1-17).  The aforementioned parking lot and coin operated machines for the "property" are now ADA compliant.

Further, it is requested that following the Court's ruling on this Motion, that the Court decline to exercise its supplemental jurisdiction (28 U.S.C. section 1367 (c) (2) & (3)) over the remaining State cause of action (i.e., the Second Cause for California's Unruh Civil Rights Act (Cal C.C. Section 51 et seq) as, among other things, the State claim substantially predominates over the sole federal claim, mentioned above, and the complaint should be dismissed without prejudice. (*Oliver v. Ralphs Grocery Company,* 654 F 3d. 903, 911 (9th Cir. 2011).

This Motion is based on this Notice, the accompanying points and authorities as well as upon the Defendant's Separate Statement of Undisputed Material Facts, the accompanying declarations, all pleadings and papers in this action, and upon such evidence as the Court may allow at the hearing of this Motion

///

Dated: January 9, 2019      By /s/ Adolfo B. Garber
                            ADOLFO B. GARBER, Attorney for Defendant,
                            EDGAR VELASQUEZ