1  ADOLFO B. GARBER (CSB No. 117817)
2  abgarber@sbcglobal.net
   3580 Wilshire Blvd., Suite 1780
3  Los Angeles, CA 90010
   Telephone No. (213) 383-1131
4  Fax No. (213) 383-1139

5  Attorney for Defendant,
   Edgar Velasquez

6

7

8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 Daniel Lopez,                    ) Case No. 2:18-cv-06201-R (AFMx)
                                    )
13         Plaintiff,                )
                                    ) DEFENDANT'S SEPARATE STATEMENT
14     vs.                          ) OF UNDISPUTED FACTS AND
                                    ) CONCLUSIONS OF LAW
15                                  )
16 Edgar Velasquez; and Does 1-10,  ) Hearing Date: February 19, 2019
                                    ) Time: 10:00 a.m.
17                                  ) Room: 880
18         Defendants.                ) HON. MANUEL L. REAL
                                    )
19                                  )
20                                  )
21                                  )
22                                  )
23                                  )
24
        Pursuant to Central District of California Local Rule of Court 56-1, Defendant,
25
   Edgar Velasquez, as the moving party to this motion for summary judgment and/or
26
   partial summary judgment referred to in the attached Notice, submits this "Statement of
27
   Undisputed Facts and Conclusions of Law" and proposed judgment (for summary
28
   judgment) and proposed order (for partial summary judgment).

---

Def's Statement of Uncontroverted Facts & Conclusions of Law

Page One (1)

| Defendant's Statement of Undisputed Facts | Supporting Evidence |
| --- | --- |
| 1. Defendant, Edgar Velasquez, currently owns the real "property" at 348 E. Florence Avenue in Los Angeles, California 90003 | Declaration of Edgar Velasquez at p. 1, lines 24-25, inclusive; and Answer at p. 2, line 8. |
| 2. Defendant, Edgar Velasquez, has owned the "property" since 2002. | Decl' of Edgar Velasquez at p. 1, lines 27 and 28, inclusive) |
| 3. The "property" at 349 E. Florence Avenue in Los Angeles is a self-service/ self-operated car wash (i.e. motorists drive up to the car wash and wash their own vehicles). | Decl' of Edgar Velasquez at p. 1, lines 24-26, inclusive |
| 4. The "property" at 349 E. Florence Avenue in Los Angeles has five (5) parking spaces for customers. | Decl' of Edgar Velasquez at p. 2, lines 1 – 3, inclusive |
| 5. The plaintiff did not personally encounter the coin operated machines at "property" | Complaint at p. 3, lines 27 & 28, and p. 4, line 1, inclusive. |

| Defendant's Statement of Undisputed Facts | Supporting Evidence |
|---|---|
| 6. On August 18, 2018, Edgar Velasquez hired CASp, Gabriel Argueta to inspect the "property" for ADA accessibility barriers | Decl' of Edgar Velasquez at p.2, lines 6 & 7 |
| 7. On August 18, 2018, CASp Gabriel Argueta inspected the "property" for accessibility barriers | Decl' of Edgar Velasquez at p. 2, lines 8-10, inclusive; Decl' of Gabriel Argueta at p. 2, lines 1 through 16, inclusive |
| 8. Edgar Velsaquez hired Orlando Elias, an asphalt/cement contractor, to remedy any accessibility barriers in the parking lot of the "property" | Decl' of Edgar Velasquez at p. 2, lines 13 & 14 |
| 9. On December 18, 2018, CASp, Gabriel Argueta re-inspected the "property" | Decl' of Gabriel Argueta at p. 2, lines 21-23, inclusive |
| 10. On December 18, 2018, CASp, Gabriel Argueta found that there were no accessibility barriers in the "property" | Decl of Gabriel Argueta at 2, lines 21-23, inclusive |

## CONCLUSIONS OF LAW

(1) That as of December 18, 2018, the restroom and parking lot at 349 E. Florence Avenue, Los Angeles, California 90003 ("property") are compliant with the requirements of the Americans with Disabilities Act (ADA).

(2) That as of December 18, 2018, in light of the fact that the coin operated slots and parking lot at defendant's "property" are ADA compliant, the plaintiff's sole federal claim is now moot.

(3) That Defendant, Edgar Velasquez, is entitled as a matter of law to summary judgment in his favor and against Plaintiff, Daniel Lopez, on the ground of mootness and lack of standing on the plaintiff's sole federal claim for injunctive relief under the Americans with Disabilities Act (ADA).

(4) Judgment should be entered forthwith in favor of Defendant, Edgar Velasquez, and against Plaintiff, Daniel Lopez, and that the State claim be dismissed without prejudice.

(5) That the aforementioned defendant be awarded costs.

///

Dated: January 9, 2019

Respectfully submitted,

By /s/ Adolfo B. Garber

ADOLFO B. GARBER, Attorney for Defendant. EDGAR VELASQUEZ
3580 Wilshire Blvd., Suite 1780
Los Angeles, CA 90010
Telephone No. (213) 383-1131
Fax No. (213) 383-1139
Email: abgarber@sbcglobal.net

Def's Statement of Uncontroverted Facts & Conclusions of Law

**Page Four (4)**