ADOLFO B. GARBER (CSB No. 117817)
abgarber@sbcglobal.net
3580 Wilshire Blvd., Suite 1780
Los Angeles, CA 90010
Telephone No. (213) 383-1131
Fax No. (213) 383-1139

Attorney for Defendant.
Edgar Velasquez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Edgar Velasquez; and Does 1-10,<br><br><br><br>　　　　Defendants. | Case No. 2:18-cv-06201-R (AFMx)<br><br>**DECLARATIONS OF ADOLFO B. GARBER, ESQ. (Local Rule 7-3)**<br><br>Hearing Date: February 19, 2019<br>Time: 10:00 a.m.<br>Room: 880<br><br>HON. MANUEL L. REAL |

　　　I, Adolfo B. Garber, declare that the following is true and correct:

(1) That I am the attorney of record for Defendant, Edgar Velasquez, in the case entitled <u>Daniel Lopez v Edgar Velasquez; et al.</u> bearing Case No. 2:18-cv-06201-R (AFM).

(2) That prior to filing the motion for summary judgment, in accordance with this Court's

---

1 | Standing Order, I confirmed that a meet and confer was not required for dispositive
2 | motion so I did not contact plaintiff's counsel to discuss this motion.
3 | (3) That in filing the subject motion, I am doing so in good faith as I honestly believe that
4 | that this case is subject to summary judgment.
5 | I declare under penalty of perjury pursuant to the Laws of the United States of America,
6 | that the foregoing is true and correct to the best of my knowledge.  Executed in the City
7 | of Los Angeles, County of Los Angeles, State of California on January 9,
8 | 2019.

/s/ ADOLFO B. GARBER

ADOLFO B. GARBER, Attorney for

Defendant, EDGAR VELASQUEZ

Hernandez, 3580 Wilshire Blvd., Suite 1780,

Los Angeles, CA 90010   (213) 383-1131

Email: abgarber@sbcglobal.net