```
1  ADOLFO B. GARBER (CSB No. 117817)
   abgarber@sbcglobal.net
2  3580 Wilshire Blvd., Suite 1780
   Los Angeles, CA 90010
3  Telephone No. (213) 383-1131
   Fax No. (213) 383-1139
4
   Attorney for Defendant.
5  Edgar Velsquez
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Edgar Velsquez; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-06201-R (AFMx)<br><br>**PROPOSED JUDGMENT**<br><br>**Hearing Date: February 19, 2019**<br>**Time: 10:00 a.m.**<br>**Room: 880**<br>**Honorable MANUEL L. REAL** |

　　　The action came on for hearing before the Court on February 19, 2019, the Hon. MANUEL L. REAL, Presiding U.S. District Court Judge, on a Motion for Summary, and the evidence presented having been fully considered, the issues having been duly hear and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that that the plaintiff take nothing by this action, that the judgment be entered in favor of Defendant, Edgar Velasquez, and against Plaintiff, Daniel Lopez, and that this action be dismissed on the merits, and that the stated defendant recover his costs.

1 | Dated:_____

HONORABLE MANUEL L. REAL

Judge, U.S. District Court

Page Two (2)   **PROPOSED JUDGMENT**