```
 1  ADOLFO B. GARBER (CSB No. 117817)
    abgarber@sbcglobal.net
 2  3580 Wilshire Blvd., Suite 1780
    Los Angeles, CA 90010
 3  Telephone No. (213) 383-1131
    Fax No. (213) 383-1139
 4
    Attorney for Defendant,
 5  Edgar Velasquez
 6  ,
 7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Edgar Velasquez; and Does 1-10,<br><br><br>　　　　Defendants. | Case No. 2:18-cv-06201-R (AFMx)<br><br>**PROPOSED ORDER GRANTING PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: February 19, 2019<br>Time: 10:00 a.m.<br>Room: 880<br>Honorable MANUEL L. REAL |

　　　The motion of Defendant, Edgar Velasquez, for partial summary judgment came on regularly for hearing before HON. MANUEL L. REAL, on February 19, 2019 at 10:00 a.m. and Adolfo B. Garber, Esq., appeared as attorney the above-named defendant, while _____

_____Esq., appeared for Plaintiff, Daniel Lopez.

　　　After considering the moving and opposition papers, the arguments of counsel, the moving party has shown by admissible evidence and reasonable inferences

Page One (1)    Proposed Order Granting Partial Summary Judgment

therefrom, not contradicted by other evidence or inferences or matters judicially noticed by the Court, that the issues stated below are without substantial controversy by admissible evidence and reasonable inferences from that evidence.

    The reasons for the Court's order that there is no triable issue of material fact regarding said issues are of record.

    IT IS ORDERED that the following issues be deemed established in favor of each of the moving party, Defendant, Daniel Lopez, and against Plaintiff, Daniel Lopez, at the trial of this action, or on final disposition of the action by this Court.

(1)_____

(2)_____

(3)_____

(4)_____

(5)_____

(6)_____

(7)_____

(8)_____

(9)_____

(10)_____

(11)_____

Dated:_____

                                           HONORABLE MANUEL L. REAL

                                           United States District Judge