# DECLARATION OF ELECTRONIC SERVICE

I, the undersigned, declare as follows:

That I am a resident of the County of Los Angeles. I am over the age of eighteen (18) and not a party to the within action. My business address is 3580 Wilshire Blvd., Suite 1780, Los Angeles, California 90010, and I am employed by a Member of the Bar of the Central District, California. On January 17, 2019 I served the foregoing document described as:

DEFENDANTS' NOTICE OF MOTION; MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT FOR MOOTNESS OF SOLE FEDERAL CLAIM, AND/OR TO DISMISS COMPLAINT; SEPARATE STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW; POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF GABRIEL ARGUETA; EDGAR VELASQUEZ; AND ADOLFO B. GARBER, ESQ.; APPENDIX; PROPOSED JUDGMENT; & ORDERS LODGED SEPARATELY

by _X_ electronically filing the foregoing with the Clerk of the Central District Court using its ECF System, which electronically notifies all parties on record in this action and provides them with a copy of this document. The information for plaintiff's counsel is on record as follows:

    Phyl Grace, Esq., Center for Disability Access

    P. O. Box 262490, San Diego, CA 92196-2490

    Email: phylg@potterhandy.com

    (Attorneys for Plaintiff, Daniel Lopez)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in this declaration.

I employed by a member of the Federal Court and I executed service as indicated above at his direction.

    I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on January 17, 2019, in Los Angeles, California.

        /s/ ADOLFO B. GARBER
        DECLARANT: Adolfo B. Garber

DECLARATION OF PROOF OF SERVICE