CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| **Daniel Lopez**, | **Case:** 2:18-cv-06201-R-AFM |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Statement of Disputed Facts in Support of Opposition to the Application for Stay and Early Mediation** |
| **Edgar Velasquez**; and Does 1-10, | |
| Defendants. | |

    Plaintiff Daniel Lopez submits this statement of disputed material facts, in support of his opposition to Defendant's Motion for Summary Judgment.

| **Defendant's Undisputed Material Facts** | **Plaintiff's Response** |
|---|---|
| 1. Defendant, Edgar Velasquez, currently owns the real "property" at 348 E. Florence Avenue in Los Angeles, California 90003 | Undisputed. |

1

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | 2. Defendant Edgar Velasquez, has owned the "property" since 2002. | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |
| 10<br>11<br>12<br>13<br>14 | 3. The "property" at 349 E. Florence Avenue in Los Angeles is a self-service/ self-operated car wash (i.e. motorists drive up to the car wash and wash their own vehicles). | Undisputed. |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 4. The "property" at 349 E. Florence Avenue in Los Angeles has five (5) parking spaces for customers. | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |

| | |
|---|---|
| 5. The plaintiff did not personally encounter the coin operated machines at "property" | Undisputed. |
| 6. On August 18, 2018, Edgar Velasquez hired CASp, Gabriel Argueta to inspect the "property" for ADA accessibility barriers | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |
| 7. On August 18, 2018, CASp Gabriel Argueta inspected the "property" for accessibility barriers | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |

Statement of Disputed Facts       2:18-cv-06201-R-AFM

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | 8. Edgar Velsaquez hired Orlando Elias, an asphalt/cement contractor, to remedy any accessibility barriers in the parking lot of the "property" | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |
| 13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | 9. On December 18, 2018, CASp, Gabriel Argueta re-inspected the "property" | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |
| 25<br>26<br>27<br>28 | 10. On December 18, 2018, CASp, Gabriel Argueta found that there were no accessibility barriers in the "property" | Disputed. Due to a Court-ordered stay, Plaintiff has not had the opportunity to conduct the discovery necessary to test |

4

|  |  |
|---|---|
|  | this claim. Plaintiff is unaware of the current state of the subject property. Plaintiff served written discover on January 28, 2019. Plaintiff also intends to notice depositions and an expert site inspection. |

Dated: January 29, 2019            CENTER FOR DISABILITY ACCESS


By:  /s/ Chris Carson
     CHRIS CARSON
     Attorneys for Plaintiff