CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, <br><br> Plaintiff, <br><br> v. <br><br> **Edgar Velasquez**; and Does 1-10, <br><br> Defendants. | **Case:** 2:18-cv-06201-R-AFM <br><br> **Declaration of Chris Carson in Support of Plaintiff's Opposition to the Application for Stay and Early Mediation** |

1. I, the undersigned, am one of the attorneys for plaintiff, Nehemiah Kong, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. The present motion was filed 2 days after the stay was lifted. Plaintiff has had no time to conduct discovery prior to the filing of the motion.

3. My office served discovery requests and interrogatories on Defendant on January 28, 2019.

4. Attached as Exhibit 1 is a true and correct copy of the Proof of Service of the discovery served on January 28, 2019.

5. Should the present motion be denied or postponed, Plaintiff intends to notice depositions as well as an expert site inspection.

6. Plaintiff anticipates discovery will reveal ongoing barriers to access at the subject property. It is extremely common for additional barriers to be found during discovery, which may necessitate amending the Complaint. It is also common for Defendants to fail to wholly remediate the original violations, and for experts to disagree on adequate remediation.

7. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: January 29, 2019         CENTER FOR DISABILITY ACCESS

                                By:  /s/ Chris Carson
                                     CHRIS CARSON
                                     Attorneys for Plaintiff