# PROOF OF SERVICE
LOPEZ V. VELASQUEZ
2:18-CV-06201-R-AFM

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On January 28, 2019 I served the following document(s):

**-INTERROGATORIES PROPOUNDED BY PLAINTIFF**
**- REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF**
**- REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF**

**(SET ONE FOR DEFENDANT: EDGAR VELASQUEZ)**

Addressed to:
Adolfo B. Garber
3580 Wilshire Blvd Suite 1780
Los Angeles, CA 90010

- ☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ **BY OVERNIGHT EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients
- ☑ **BY ELECTRONIC MAIL TRANSMISSION:** via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on January 28, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton